UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-33165-JPN |
| TAMEIA M. FRANK | § | |
| | § | |
| | § | Chapter 7 |
| | § | |
| DEBTOR(S) | § | |

### CHAPTER 7 TRUSTEE'S NOTICE OF
### RESET MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the reset 341 meeting of creditors in this case will be held on August 30, 2024, at 9:30 AM (The meeting was previously noticed for August 27, 2024 at 9:30AM) The meeting will be conducted by Zoom video meeting.  Go to Zoom.us/join, Enter Meeting ID 896 936 5074, and Passcode 4689798715, OR call 1-956-597-2753.

Dated:  August 20, 2024

Respectfully submitted,

/s/ Christopher Murray
Christopher Murray, Trustee
602 Sawyer St Ste 400
Houston, TX 77007
Tel. (832) 529-3027
Fax (832) 529-3393
christopher.murray@jonesmurray.com

### Certificate of Service

I certify that on August 20, 2024, I served the foregoing through the Court's electronic filing system on all parties registered to receive such notice.

/s/ Christopher Murray