IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-33165 |
| TAMEIA M. FRANK, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

### NOTICE OF WITHDRAWAL OF MOTION TO SUBSTIUTE ATTORNEY

**NOTICE IS HEREBY GIVEN** that on **September 5th, 2024**, the Debtor, Tameia M Frank, through undersigned counsel, withdraws her Motion to Substitute Attorney (Document No. 21) filed on August 13, 2024.

Respectfully submitted,

RESOLVE LAW GROUP,
registered dba of Price Law Group, APC

/s/ Alan D Borden
Alan D Borden
Bar No. 58250
801 Travis St., Suite 2101
Houston, TX 77002
Phone: (832) 709-1941
Email: alan@resolvelawgroup.com
ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

I hereby certify that on or before September 5th, 2024, a true and correct copy of the above-referenced Notice of Withdrawal of Motion to Substitute Attorney was electronically noticed and/or mailed via first class mail, postage prepaid to the Debtor(s), the Chapter 7 Trustee, the U.S. Trustee, and all attorneys and parties-in-interest who have requested notices.

/s/ Alan D Borden
Alan D Borden